UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WEST and LABORERS' LOCAL #231 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated.<br><br>Lead Plaintiff,<br><br>v.<br><br>EHEALTH, INC., et al.,<br><br>Defendants. | Case No.  15-cv-00360-JD<br><br>**JUDGMENT** |

On March 14, 2016, the Court dismissed the consolidated complaint in this case for failure to state a claim under the pleading standards of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4.  Dkt. No. 41.  The lead plaintiff has advised the Court that it will not seek to amend and submits to the order of dismissal.  Dkt. No. 47.  Pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment for defendants eHealth, Inc., Gary L. Lauer, and Stuart M. Huizinga.

**IT IS SO ORDERED.**

Dated: May 27, 2016

_____
JAMES DONATO
United States District Judge